Sarvjit S. CHOWDHARY, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2014–3180.

United States Court of Appeals,
Federal Circuit.

Oct. 21, 2014.

Sarvjit S. Chowdhary, Mt. Pleasant, MI,
pro se.

Jeffrey Gauger, Esq., Calvin M. Morrow, Merit Systems Protection Board,
Washington, DC, for Respondent.

Before LOURIE, MOORE, and
REYNA, Circuit Judges.

### ORDER

PER CURIAM.

The Merit Systems Protection Board
("Board") moves without opposition to
transfer this petition for review to the
United States District Court for the Eastern District of Michigan.

Sarvjit S. Chowdhary was removed from
his position as a Consumer Safety Officer
with the Department of Agriculture's Food
Safety and Inspection Service in 2006. He
appealed his removal to the Board, claiming, as an affirmative defense, that the
agency action was in retaliation for filing a
number of discrimination complaints
against his supervisors. In 2007, the Administrative Law Judge ("ALJ") assigned
to the matter affirmed the agency's determination.

In 2009, Chowdhary filed a second appeal at the Board, alleging his removal was
improper because the agency discriminated against him on the basis of his race,
religion, and national origin. The ALJ
dismissed the appeal on res judicata
grounds, concluding that the claim could
have been brought in his prior appeal. In
2013, Chowdhary filed a petition for review
at the Board, which was dismissed as untimely in an order now before this court.·

Under the statutory provisions that govern judicial review of Board decisions, federal district courts, not this court, have
jurisdiction over "case[s] of discrimination"
under 5 U.S.C. §§ 7702, 7703(b). *See
Kloeckner v. Solis,* —— U.S. ——, 133 S.Ct.
596, 607, 184 L.Ed.2d 433 (2012). That
includes cases in which the Board either
addressed the merits or resolved the case
on procedural grounds. *See id.* Here,
there is no dispute that this petition belongs in federal district court.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The petition is
transferred to the United States District
Court for the Eastern District of Michigan
pursuant to 28 U.S.C. § 1631.